IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| AMOS LOTT SIMMS,<br>Institutional ID No. 2171652, | § § § § | |
| Plaintiff, | § § | |
| v. | § | CIVIL ACTION NO. 5:19-CV-00228-BQ |
| TDCJ, *et al.*, | § § § § | |
| Defendants. | § | |

## ORDER ACCEPTING REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation regarding Plaintiff's request for a preliminary injunction in this case. No objections were filed. The District Court made an independent examination of the record in this case and reviewed the Magistrate Judge's Report and Recommendation for plain error. Finding none, the Court **ACCEPTS** and **ADOPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate, with one modification. The United States Magistrate Judge recommended that the motion be denied without prejudice; however, the Court notes that after the Report and Recommendation was entered, Plaintiff was transferred to a new prison unit. Because Plaintiff has received the injunctive relief he seeks in this motion, his request is now moot. As a result, the Court denies the request with prejudice.

SO ORDERED.

This case will remain on the docket of United States Magistrate Judge D. Gordon Bryant, Jr., as described in the Order entered October 23, 2019 (Doc. 4).

Dated February 6, 2020.

SAM R. CUMMINGS
Senior United States District Judge