U.S. District Court For The Northern District Of Texas
Lubbock Division

CLERK U.S. DISTRICT COURT
NORTHERN DIST. OF TX
LUBBOCK DIVISION
2020 NOV 10 AM 9:40
DEPUTY CLERK _____

Amos Lott Simms  §
2171652           §   Civil Action sue
      v           §   NO: 5:19-CV-228 BQ
TDCJ, et al       §

## Motion To Object To Recommendation

I Amos Lott Simms is objecting to the U.S. Magistrate Judge Recommendation Do the fact I do have fact to support my claim. I have grievances that I file doing incident when it occurred. I also stated the fact doing my complaiment as well. The incident that occurred was a vilation of my constitutional right, and did infact cause mental and emotional distress toward me do to the fact I was emotional depress and cause me to act out who I would normally consult with a ranking officer. I lost all trust in them do to the fact Ms Timms was a Lt and she had influence over the other ranking officer to where I'm just an offender that is incarcerated inprison. They would take her word over my which is unfair. I became very very emotional and depress I am a mental patient I was diagnose Bipolar and depress in 2012 of July after my mother past way we were very close to one another she was my suppose with out her I had nothing or no one to depend on period. So doing during all of this

I went in depression. Ms Timms also taunt me by insult me by call me child molester and my mother as well by call her a crack head dope fiend. I'm not a child molester period I never had a charge charge like that ever in my life. And Yes my mother was an ex drug addict. I wonder how she ever fine that out with out knowledge of her she never knew my mother period. And one of my brother's servicing a life sentence for capital murder of a child not me. She has a lot of personal knowledge of my family and I don't know where she got it from. Ms Timms has denied me religious services on several occasion. I have I-60 to support my claim stating that I was on the Jumah Roster and was still unable to attend Jumah services for over a month in a half. I have witness to vouch for me Travontae Malone #2207387 and another Muslim brother that incarcerated with me on the Preston E Smith unit during the time I was assign to that unit I don't have his information on hand at this moment but I do infact have it if need. Officer Magdalen Dominguez and officer Bikenge did infact denied me my Ramadan-compliant halal meal on two occasion by bring my breakfast before sunrise. So I could not fast. They both knew it was the month of Ramadan and I was fasting. I was told by officer that he didn't care about me fasting nor did he care about Ramadan. All three Defendants

has true hatred toward the religion Islam and muslim period. I have I-60 to vouch that I was on the Jumah services roster list for friday services. The I-60 and grievance I file against is proof and can prove fact that is need. I'm suing all three defendant in official capacity and individual capacity as well. My Constitutional rights was infact vilated by all three defendant by denying me my religious rights. Which is the first Amendment. I was infact mental and emotional distress by them provoking me by denying me my right that I'm rightfully entitle too. They knew exactly what they were doing to me by intentionally inflicting and causing emotional distress upon me. I became very angery and upset which cause me to become very depress mental and emotion distress. I'm on medication to help me stay calm so I wont act out and get myself into any kind of trouble. So I'm asking the court to proceed with this claim and not dismiss it do to the fact my claim isn't moot. I would and will greatly appreciated your assistance with this claim and be very grateful as well.

Thank You
Very Kindly
Sincerely Your
Amos Lott Simms
2171658

Travis Lott STM MS ZVVVOU
Dickens / J Neel unit
5055 Spur 591
Amarillo, TX 79107-9696

Legal Mail

U.S. District Court Northern District of Texas
1205 Texas AV, Room 209
Lubbock, TX 79401

NOV 10 2020
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

7901384027 0007


FOREVER / USA